IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ashley Jr, Charles L | Case Number: 06 B 04260 |
|---|---|---|
| | Ashley, Janet | Judge: Goldgar, A. Benjamin |
| | Printed: 10/14/08 | Filed: 4/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 2, 2008
Confirmed: August 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,003.00 |  |
| Secured: |  | 6,199.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,334.00 |
| Trustee Fee: |  | 469.82 |
| Other Funds: |  | 0.00 |
| Totals: | 9,003.00 | 9,003.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,334.00 | 2,334.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 19,157.00 | 6,199.18 |
| 4. | Capital One | Unsecured | 582.70 | 0.00 |
| 5. | Capital One | Unsecured | 427.93 | 0.00 |
| 6. | Capital One | Unsecured | 686.77 | 0.00 |
| 7. | Capital One | Unsecured | 355.77 | 0.00 |
| 8. | Capital One | Unsecured | 765.58 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 191.59 | 0.00 |
| 10. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 24,501.34 | $ 8,533.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 206.40 |
| 5.4% | 207.52 |
| 6.5% | 55.90 |
|  | _____ |
|  | $ 469.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ashley Jr, Charles L
       Ashley, Janet
       Printed: 10/14/08

Case Number: 06 B 04260
Judge: Goldgar, A. Benjamin
Filed: 4/17/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

